**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
*Riviana Foods, Inc.*
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667
Attorney: Lawrence C. Glynn (LG 6431)
CG File No.: 42.042418.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RIVIANA FOODS, INC.
And Interested Subrogated Underwriters,

Plaintiff,

-against-

JACOBSON WAREHOUSE INC.
d/b/a XPO LOGISTICS-SUPPLY CHAIN
as Successor to ARNOLD LOGISTICS, LLC,

Defendants.

-------------------------------------------------------------x

Case No.: 18 Civ. ( )

**VERIFIED COMPLAINT**

Plaintiff RIVIANA FOODS, INC. ("Riviana" or "Plaintiff") and its Interested Subrogated Underwriters, by its attorneys, **CARUSO GLYNN, LLC**, alleges, upon information and belief, as follows:

**The Parties**

1. Riviana, is a business entity and/or corporation existing under and pursuant to the laws of the State of Texas with an office and place of business at 2777 Allen Parkway, Houston, TX 77019.

2. Defendant, JACOBSON WAREHOUSE INC., d/b/a XPO LOGISTICS-SUPPLY CHAIN, as Successor to ARNOLD LOGISTICS, LLC, (hereinafter "XPO"), is a business entity and/or corporation existing under and pursuant to the laws of the State of Iowa which operates as a common carrier of goods with an office and place of business at Five American Lane, Greenwich, CT 06831.

## Jurisdiction

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 as Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.00.

4. This Court has in personam jurisdiction over each of the captioned defendants who conduct business within the State of New York, and within the United States as a whole within the meaning of Rule 4(k)(2) of the Federal Rules of Civil Procedure, and were at all material times engaged in the business of carriage of cargo for hire and/or the provision of services related thereto, and/or were bailees or warehousemen.

## Background

5. Prior to June 12, 2017, Riviana was the owner of numerous pallets containing food products which were at all relevant times stored in the overflow area of the XPO warehouse located at 25810 S. Ridgeland Avenue, Monee, IL ("the Warehouse" or "the Premises").

6. On June 12, 2017 at approximately 05:00, one or more ceiling lights located at the Premises above the subject product started to spark and/or otherwise malfunction in such a manner as to create flames which ultimately caused a portion of Rivian's goods to ignite.

7. The ensuing fire spread throughout the Riviana's food products completely destroying same.

**First Cause of Action**
**(Breach of Contract)**

8. The damage and/or loss of the product in suit was caused in whole or in part by defendants' fundamental breaches of, and deviations from, the terms of the governing contracts of carriage.

9. Said breaches and deviations included (a) defendants' failure to deliver the cargo as scheduled to Riviana and/or its designated consignee(s); (b) the failure to properly care for the cargo between the time of receipt of the cargo at the place of shipment and the time of eventual delivery, and (c) the eventual delivery of the cargo in a short, missing and depreciated condition.

10. By reason of the premises, plaintiff, and those on whose behalf they sue, have sustained damages as nearly as same can now be estimated, no part of which has been paid, in the amount of $2,261,459.85.

**Second Cause of Action**
**(Bailment)**

11. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "10" as though more fully set forth herein at length.

12. Defendant, XPO, was entrusted with the certain food products belonging to Riviana.

13. Said food products were received by XPO in good order and condition.

14. The possession of the aforementioned products by defendant XPO created a bailment.

15. Through no fault of Riviana, the aforementioned goods were damaged, destroyed and/or rendered useless whilst in the possession of defendant XPO.

16. As a result of XPO's breach of this bailment, plaintiff, and those on whose behalf they sue, have sustained damages as nearly as same can now be estimated, no part of which has been paid, in the amount of $2,261,459.85.

17. Riviana and its subrogated underwriters, are entitled to recover that amount from the defendant.

WHEREFORE, Plaintiff demands:

(a) That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

(b) That judgment may be entered in favor of Plaintiff against Defendants for the amount of $2,261,459.85, together with interest and costs and the disbursements of this action;

(c) That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated: Little Neck, New York
July 24, 2018

Yours, etc.,

**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
*Riviana Foods, Inc.*

By: Lawrence C. Glynn
Lawrence C. Glynn (LCG-6431)
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8668
*lglynn@carusoglynn.com*
CG File No.: 42.042418.01