**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RIVIANA FOODS INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>JACOBSON WAREHOUSE COMPANY, INC.,<br><br>*Defendant/Third-Party Plaintiff*,<br><br>vs.<br><br>EXETER 25810 S. RIDGELAND, LLC,<br><br>*Third-Party Defendant/Third-Party Plaintiff,*<br><br>vs.<br><br>JTM ELECTRICAL CONTRACTORS, INC.,<br>HOWARD INDUSTRIES, INC.,<br>ENGINEERED PRODUCTS, CO.,<br>CONSOLIDATED ELECTRICAL DISTRIBUTORS, and<br>MCNELLY SERVICES, INC.,<br><br>*Third-Party Defendants.* | ) | Case No. 18 CV 06550<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Jeffrey I. Cummings |

**DEFENDANT/THIRD PARTY PLAINTIFF JACOBSON WAREHOUSE COMPANY INC.'S UNOPPOSED MOTION TO NOTIFY COURT OF CHANGE OF NAME AND AMEND CASE CAPTION ACCORDINGLY**

Defendant/Third-Party Plaintiff Jacobson Warehouse Company, Inc., d/b/a XPO Logistics Supply Chain ("XPO") moves this Court to change its name in the caption of this case to "GXO Warehouse Company, Inc." to reflect a recent change in this entity's name. In support of its motion, XPO states as follows:

1. At the time this lawsuit was filed, Defendant/Third-Party Plaintiff Jacobson Warehouse Company, Inc., d/b/a XPO Logistics Supply Chain was a corporation organized and existing under the laws of Iowa. (See ECF No. 73).

2. On August 2, 2021, XPO amended its Articles of Incorporation to change its name from "Jacobson Warehouse Company, Inc." A true and correct copy of XPO's Articles of Amendment is attached hereto as Exhibit A.

3. The name change does not change the corporate citizenship of XPO for diversity jurisdiction purposes or otherwise change XPO's status. See IA ST § 490.1009 (West 2021).

4. To avoid any confusion in future proceedings, XPO respectfully requests that the name "GXO Warehouse Company, Inc." be used in place of the prior name "Jacobson Warehouse Company, Inc." as the Defendant/Third-Party Plaintiff in this case.

5. Pursuant to this Court's Standing Orders, a proposed order granting this motion is concurrently submitted with but not attached to this motion.

6. The other parties to this case have been advised of this Motion and have advised XPO's counsel that they have no objection to granting this motion.

7. For the foregoing reasons, XPO respectfully requests that the Court enter an order granting XPO's motion, directing the Court Clerk to update the docket and court records to reflect XPO's new corporate name of "GXO Warehouse Company, Inc.", and granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Lawrence C. Friedman

Lawrence C. Friedman, IL – 06192019
Mark A. Mattingly, IL – 6273509
Dremain T. Moore, IL - 6328767
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
lfriedman@thompsoncoburn.com
mmattingly@thompsoncoburn.com
dmoore@thompsoncoburn.com

*Attorneys for Defendant Jacobson Warehouse Company, Inc. n/k/a GXO Warehouse Company, Inc. d/b/a XPO Logistics Supply Chain*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021 a true and correct copy of the foregoing was filed via the Court's electronic notification system on all parties of record.

/s/ Lawrence C. Friedman