UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------x
RIVIANA FOODS, INC.
And Interested Subrogated Underwriters,

Case No.: 1:18-cv-06550

Plaintiff,

-against-

**NOTICE OF MOTION**

JACOBSON WAREHOUSE INC.
d/b/a XPO LOGISTICS-SUPPLY CHAIN
as Successor to ARNOLD LOGISTICS, LLC,

Defendant.
-------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed Local Rule 56.1 Statement of Material, Undisputed Facts, the Declaration of Lawrence C. Glynn dated December 23, 2022 and exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had in this action, plaintiff Riviana Foods, Inc. will move this Court before the Honorable Martha Pachold at the United States Courthouse, 219 Dearborn Street, Chicago, Illinois 60604, for an Order pursuant to Fed. R. Civ. P. 56 for: 1) summary judgment against the defendant Jacobson Warehouse Inc. d/b/a XPO Logistics-Supply Chain, n/k/a GXO; 2) pre-judgment interest at the per diem rate of $137.48 from June 12, 2017; 3) attorney's fees and 4) for such other and further relief as this Court may deem just and proper.

Dated: Little Neck, New York
December 23, 2022

Yours, etc.,

**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
*Riviana Foods, Inc.*

By: *Lawrence C. Glynn*
Lawrence C. Glynn (LCG-6431)
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8668
*lglynn@carusoglynn.com*
CG File No.: 42.042418.01

To:

Lawrence C. Friedman, Esq.
Mark A. Mattingly, Esq.
Thompson Coburn
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
*lfriedman@thompsoncoburn.com*