UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
---------------------------------------------------------x
RIVIANA FOODS, INC.
And Interested Subrogated Underwriters,

Plaintiff,

-against-

JACOBSON WAREHOUSE INC.
d/b/a XPO LOGISTICS-SUPPLY CHAIN
as Successor to ARNOLD LOGISTICS, LLC,

Defendant.
---------------------------------------------------------x

Case No.: 1:18-cv-06550

**DECLARATION OF LAWRENCE C. GLYNN IN SUPPORT OF RIVIANA FOOD, INC.'S MOTION FOR SUMMARY JUDGMENT**

LAWRENCE C. GLYNN, an attorney duly admitted to practice law in the State of New York, hereby declares under the penalty of perjury as follows:

1. I am a member of the firm of Caruso Glynn, LLC, attorney for the plaintiff Riviana Foods, Inc. ("Riviana") and am fully familiar with the facts and circumstances of this matter based upon my review of the file maintained by this office.

2. This declaration is made in support of Riviana's motion for summary judgment as against defendant Jacobson Warehouse Inc., d/b/a XPO Logistics-Supply Chain, as Successor to Arnold Logistics, LLC, (now known as GXO and referred to herein as such).

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Verified Complaint in this action.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the Damage Survey Report.

5. Annexed hereto as Exhibit 3 is a true and correct copy of the Materials Handling Service Agreement between Riviana and GXO.

6. Annexed hereto as Exhibit 4 is a true and correct copy of the Riviana's timely notice of claim dated June 20, 2017 to GXO.

7. Riviana suffered damages as follow:

| | |
|---|---|
| Product and Packaging Sent to Landfill | $1,743,074.87 |
| Landfill Costs & Labor Related to Loading Dumpsters | $156,635.94 |
| Travel Related Costs | $3,990.54 |
| Off-Site Facility Costs | $174,903.50 |
| Pallets Destroyed. | $105,024.00 |
| Increased Semolina Costs to Replace Lost Product | $77,831.00 |
| **Total Damages** | **$2,261,459.85** |

Ex. 2

8. As this loss occurred more than five years ago, prejudgment interest on this claim is substantial. The per diem rate of $137.48 is calculated as follows:

.02219[1]/365 x $2,261,459.85 = $137.48 per diem

9. Total interest as of December 23, 2022 is $277,709.60 ($137.48 x 2,020 days).

10. At all times relevant, GXO was contractually obligated to pay Riviana's reasonable attorney's fees. MHSA §4.1 Indemnification states:

(a) [GXO] shall indemnify and hold harmless Riviana. [its]

[1] Ten Year Treasure Rate on June 12, 2017

> parent and affiliated companies, and the directors, officers, employees, agents, contractors, and the successors and/or assigns of all of them, from and against any and all claims, losses, costs, liabilities, interest, expenses and actions at law or in equity (including fines, penalties, **and reasonable attorney's fees and disbursements**), including but not limited to injury to persons (including death) or damage to property... arising out of or resulting from the breach of this Agreement by, or willful misconduct or negligent acts or omissions of, [GXO], its agents, employees or contractors....

Ex. 3. Emphasis added.

11. This firm is handling this matter on a contingency fee of 17.5% plus out of pocket expenses.

12. Riviana is entitled to recover attorney's fees in the amount of $444,354.65, which is 17.5% of $2,539,169.45, which represents the sum of 1) the amount for which GXO is liable **($2,261,459.85)** plus 2) interest through December 23, 2022 ($277,709.60).

13. Riviana's damages, including prejudgment interest and attorney's fees, are summarized as follows:

| | |
|---|---|
| Damages due to GXO's breaches | $2,261,459.85 |
| Pre-Judgment Interest through December 23, 2022 | $277,709.60 |
| Attorney's Fees | $444,354.65 |
| **Total** | **$2,983,524.10** |

14. Pursuant to Title 28 of the United States Code §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Little Neck, New York
December 23, 2022

*Lawrence C. Glynn*
Lawrence C. Glynn