**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Riviana Foods, Inc.
Plaintiff,
v.
Jacobson Warehouse Inc.
Defendant.

Case No.: 1:18−cv−06550
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2024:

MINUTE entry before the Honorable Martha M. Pacold: Oral argument on plaintiff's motion for summary judgment [186], and defendant GXO Warehouse Company Inc.'s cross−motion for summary judgment [204], held on 7/25/2024. As to the construction of the contractual provisions discussed on the record, plaintiff's motion for summary judgment [186] is granted and defendant's cross−motion for summary judgment [204] is denied for the reasons stated on the record. In all other respects, both motions [186], [204] are denied, without prejudice to renewal of the arguments after damages−related discovery. Defendant's oral motion to enter judgment pursuant to Fed. R. Civ. P. 54(b) is taken under advisement. Defendant's memorandum in support of the motion and a proposed Rule 54(b) partial final judgment are due by 8/5/2024. Defendant should also submit a Word version of the proposed Rule 54(b) partial final judgment to the court's proposed order inbox: Proposed_Order_Pacold@ilnd.uscourts.gov. Discovery will remain stayed until the Rule 54(b) motion is ruled on. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.