IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIVIANA FOODS, INC., *Plaintiff*, v. GXO WAREHOUSE COMPANY, INC., *Defendant/Third-Party Plaintiff* | Case No. 1:18-cv-06550 <br> Judge Martha M. Pacold <br> Magistrate Judge Jeffrey I. Cummings |

**DEFENDANT/THIRD PARTY PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM AND PROPOSED ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant/Third-Party Plaintiff GXO Warehouse Company, Inc. ("GXO") respectfully requests an extension of time until September 9, 2024 for submission of the joint status report ordered by the Court in its August 21, 2024 Minute Entry. [Dkt. No. 231.] The joint status report is currently due on August 28, 2024. Counsel for Plaintiff Riviana Foods, Inc. ("Plaintiff") has advised GXO that Plaintiff consents to the requested extension, as have counsel for the Third Party Defendants (Exeter 25810 S. Ridgeland, LLC, JTM Electrical Contractors, Inc., and McNelly Services, Inc.)

In support, GXO states:

1. On August 21, 2024, this Court lifted the stay on discovery and directed the parties to file a joint status report "setting forth a proposed schedule for the remainder of discovery, if any, and whether the parties are mutually interested in a settlement conference with the Court." [*See* Dkt. No. 221.]

2. Lead counsel for GXO is out of the country until September 6, 2024. As such, his ability to confer with GXO as to the proposed schedule for discovery and potential settlement

conference is limited. Accordingly, an extension of time for submission of the joint status report is necessary to allow GXO adequate time to confer as to how it wishes to proceed.

3. GXO has met and conferred with counsel for Plaintiff, who has advised the Plaintiff consents to this request. Counsel for the other parties (the Third Party Defendants) have also been advised of this request and consent to it.

4. This is GXO's first request for an extension of this deadline, and the extension is not sought for purposes of undue burden or delay.

WHEREFORE, GXO respectfully requests that the Court enter an Order extending the deadline set in the August 21st Minute Entry [Dkt. No. 231] for the parties to file a joint status report from August 28, 2024 through and including September 9, 2024; and that the Court grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Julianne M. Dailey*
Lawrence C. Friedman, IL – 06192019
Mark A. Mattingly, IL – 6273509
Dremain T. Moore, IL – 6328767
Julianne M. Dailey – 6323784
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
lfriedman@thompsoncoburn.com
mmattingly@thompsoncoburn.com
dmoore@thompsoncoburn.com
jdailey@thompsoncoburn.com

*Attorneys for Defendant/Third-Party Plaintiff GXO Warehouse Company, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2024 a true and correct copy of the foregoing was filed via the Court's electronic notification system on all parties of record.

                                                /s/ *Julianne M. Dailey*