**From:** Lawrence C. Glynn <lglynn@carusoglynn.com>
**Sent:** Monday, September 23, 2024 10:02 AM
**To:** Friedman, Lawrence C.
**Cc:** kwr@rothlawgroup.com; wpf@rothlawgroup.com; 'Adam C. Carter'; 'Meghan Gonnissen'; swolf@bestfirm.com; 'Jeffrey Barger'
**Subject:** RE: Riviana Foods, Inc. v. GXO et al (N.D.Ill. No. 18-cv-06550)

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Larry,

Underwriters are as follows:

| Market | Percentage |
|---|---|
| Liberty Specialty Market | 25.50 |
| Talbot Underwriting | 8.9881 |
| Novae Syndicate | 7.1905 |
| Travelers Syndicate | 7.1905 |
| Axis Managing Agent | 8.00 |
| XL Catlin | 20.00 |
| Brit Syndicate | 8.988 |
| Markel Syndicate | 5.3929 |
| QBE Underwriters | 5.00 |
| Arch | 2.00 |
| Canopius | 1.25 |
| Westfield Speciality | 0.50 |
| | **100%** |

**Very truly yours,**

**Lawrence C. Glynn**

**CARUSO GLYNN, LLC**
**242-03 Northern Blvd.**
**Suite 201**
**Little Neck, N.Y. 11362**
**(718) 819-8667 (direct dial)**
**(718) 767-2474 (facsimile)**
**(718) 570-3338 (cell phone)**
**www.carusoglynn.com**



**EXHIBIT D**

**From:** Friedman, Lawrence C. <LFRIEDMAN@thompsoncoburn.com>
**Sent:** Thursday, September 19, 2024 4:27 PM
**To:** Lawrence C. Glynn <lglynn@carusoglynn.com>
**Cc:** kwr@rothlawgroup.com; wpf@rothlawgroup.com; 'Adam C. Carter' <acarter@ekclawfirm.com>; 'Meghan Gonnissen' <mgonnissen@fordbritton.com>; swolf@bestfirm.com; 'Jeffrey Barger' <jbarger@ekclawfirm.com>
**Subject:** Riviana Foods, Inc. v. GXO et al (N.D.Ill. No. 18-cv-06550)

Larry: Please see the attached.

Regards,

**Lawrence C. Friedman**
lfriedman@thompsoncoburn.com
P: 314 552 6039
F: 314 552 7000
M: 314.602.6039

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.



**EXHIBIT D**