**Manger, Allison N.**

| | |
|---|---|
| **From:** | lglynn@carusoglynn.com |
| **Sent:** | Wednesday, November 13, 2024 9:51 AM |
| **To:** | Brown, Jeffrey N. |
| **Cc:** | Friedman, Lawrence C.; Manger, Allison N. |
| **Subject:** | Re: Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550) |

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Mr. Brown,

The emails provided clearly state the documents attached. You can easily cross reference the attachments identified in the responses with a) the documents previously disclosed by Riviana and/or b) documents which are already within the possession of GXO. If there is any specific attachment that you believe has not been produced or was not already in the possession of GXO, please advise. Otherwise, you can make a motion.

As for the emails you claim are illegible, that is how they were maintained in the ordinary course of business. As such, Riviana will not be able to rely upon those documents in support of its claim for damages. So there is no need for any further response on this issue. If you don't like it, then make a motion.

As for the relationship between this office and Barbuss, Barbuss is our client. You will receive nothing further on this topic and if you continue to ask, we will make a motion for protective order and will seek sanctions. Again.

Be advised accordingly.


Very truly yours,

**Lawrence C. Glynn**

**Caruso Glynn, llc**
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667  (direct dial)
(718) 570-3338  (cell phone)

---

**From:** Brown, Jeffrey N. <JBrown@thompsoncoburn.com>
**Sent:** Tuesday, November 12, 2024 4:14 PM
**To:** Lawrence C. Glynn <lglynn@carusoglynn.com>
**Cc:** Friedman, Lawrence C. <LFRIEDMAN@thompsoncoburn.com>; Manger, Allison N.

1

Exhibit K

&lt;AMANGER@Thompsoncoburn.com&gt;
**Subject:** RE: Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550)

Mr. Glynn:

While we understand that you believe all the attachments have been produced previously, GXO has the right to discover emails related to Riviana's damages, and that includes which documents were attachments to which emails. GXO cannot be certain which documents were sent as attachments to the emails without the attachments being produced together with the emails. Further, the burden should not be placed on GXO to tried to piece the documents together. Please produce copies of the emails with the attachments, as they were kept in the ordinary course of business.

Additionally, please produce legible versions of RIV000439 through RIV000466.

Finally, we are in receipt of the privilege log you sent earlier today. In order to evaluate the privilege claims, we need to understand the relationship between you and Barbuss and Tomas Appleyard's position at Barbuss. Are you representing Barbuss, and were you representing Barbuss at the time of the communications listed on the privilege log? What is Tomas Appleyard's position at Barbuss, and what was his position at the time of the communications on the privilege log?

Thank you.

**Jeffrey N. Brown**
jbrown@thompsoncoburn.com
P: 310 282 9418
F: 310 282 2501

**Thompson Coburn LLP**
10100 Santa Monica Boulevard Suite 500
Los Angeles, CA 90067
www.thompsoncoburn.com

**From:** Lawrence C. Glynn &lt;lglynn@carusoglynn.com&gt;
**Sent:** Tuesday, November 12, 2024 3:09 PM
**To:** Brown, Jeffrey N. &lt;JBrown@thompsoncoburn.com&gt;
**Cc:** Friedman, Lawrence C. &lt;LFRIEDMAN@thompsoncoburn.com&gt;; Manger, Allison N. &lt;AMANGER@Thompsoncoburn.com&gt;
**Subject:** RE: Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550)

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

All attachments have already been produced.

**Very truly yours,**

Lawrence C. Glynn

# CARUSO GLYNN, LLC

**242-03 Northern Blvd.**
**Suite 201**
**Little Neck, N.Y. 11362**
**(718) 819-8667 (direct dial)**
**(718) 767-2474 (facsimile)**
**(718) 570-3338 (cell phone)**
www.carusoglynn.com

**From:** Brown, Jeffrey N. <JBrown@thompsoncoburn.com>
**Sent:** Tuesday, November 12, 2024 5:26 PM
**To:** lglynn@carusoglynn.com
**Cc:** Friedman, Lawrence C. <LFRIEDMAN@thompsoncoburn.com>; Manger, Allison N. <AMANGER@Thompsoncoburn.com>
**Subject:** RE: Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550)

Thank you Mr. Glynn.

We are in receipt of the claim file you produced today. Please confirm that the documents you produced as the "claim file" are the entirety of the claim file other than the documents indicated as withheld on privilege.

Many of the emails Riviana produced from the claim file indicate that they had attachments, yet the attachments were not produced. They include the following:

| Bates Number | Description |
| --- | --- |
| RIV000397 | Email #1 of 3/19/18 from L. Dekoker to T. Appleyard |
| RIV000397 | Email #2 of 3/19/18 from L. Dekoker to T. Appleyard |
| RIV000400 | Email of 3/12/18 from A. Blackman to D. Deitz |
| RIV000401 | Email #3 of 3/19/18 from L. Dekoker to T. Appleyard |
| RIV000406 | Additional email of 3/19/18 from L. Dekoker to T. Appleyard forwarding two reports |
| RIV000436 | Email of 8/29/18 from A. Blackman to D. Deitz, T. Appleyard, and E. Suarez |
| RIV000437 | Emails of 8/23/18 from C. Haworth to P. Holland and from R. Valitutto to C. Haworth |
| RIV000445 | Email of 3/19/18 from T. Appleyard to D. Deitz and A. Blackman |

Please produce all attachments to these emails. (Note that some of these emails can be found multiple times in the claim file. We have only listed each email once in the chart above.)

Second, RIV000439 through RIV000466 contain significant portions that are illegible. Please produce legible versions of those documents as they would be kept in the ordinary course of business.

Thank you, Jeff Brown.


**Jeffrey N. Brown**
jbrown@thompsoncoburn.com
P: 310 282 9418
F: 310 282 2501

**Thompson Coburn LLP**
10100 Santa Monica Boulevard Suite 500
Los Angeles, CA 90067
www.thompsoncoburn.com

**From:** lglynn@carusoglynn.com <lglynn@carusoglynn.com>
**Sent:** Tuesday, November 12, 2024 10:47 AM
**To:** Mamayson, Catherine C. <CMamayson@thompsoncoburn.com>
**Cc:** Brown, Jeffrey N. <JBrown@thompsoncoburn.com>; Friedman, Lawrence C. <LFRIEDMAN@thompsoncoburn.com>; Manger, Allison N. <AMANGER@Thompsoncoburn.com>
**Subject:** Re: Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550)

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Claim file and privilege log attached.

Very truly yours,

**Lawrence C. Glynn**

**Caruso Glynn, llc**
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667  (direct dial)
(718) 570-3338  (cell phone)

---

**From:** Mamayson, Catherine C. <CMamayson@thompsoncoburn.com>
**Sent:** Tuesday, November 12, 2024 10:14 AM
**To:** 'lglynn@carusoglynn.com' <lglynn@carusoglynn.com>
**Cc:** Brown, Jeffrey N. <JBrown@thompsoncoburn.com>; Friedman, Lawrence C. <LFRIEDMAN@thompsoncoburn.com>; Manger, Allison N. <AMANGER@Thompsoncoburn.com>
**Subject:** Riviana Foods, Inc. v. GXO Warehouse Company, Inc. (N.D. Ill. No. 18-cv-06550)

Dear Counsel,

Please find attached correspondence from Jeffrey Brown dated today with respect to the above-referenced matter.

Thank you,


**Catherine C. Mamayson**
Legal Administrative Assistant
cmamayson@thompsoncoburn.com
P: 310 282 2590
F: 310 282 2501

**Thompson Coburn LLP**
10100 Santa Monica Boulevard Suite 500
Los Angeles, CA 90067
www.thompsoncoburn.com

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.