**Manger, Allison N.**

| | |
|---|---|
| **From:** | lglynn@carusoglynn.com |
| **Sent:** | Thursday, November 21, 2024 2:17 PM |
| **To:** | Brown, Jeffrey N.; Manger, Allison N.; Friedman, Lawrence C. |
| **Subject:** | Riviana AND ITS INTERESTED SUBROGATED UNDERWRITERS v. Xpo Logistics |
| **Attachments:** | Attachments.Responses.pdf; Notice of Aug. 2, 2017 Monee Site Visit-NWP_Riviana Foods 072417.pdf; CHIDC Fire Costs Summary Dec 2017.pdf; survey.reports.combined.pdf |

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Counselors:

See attached.


Very truly yours,

**Lawrence C. Glynn**

**Caruso Glynn, llc**
242-03 Northern Blvd.
Suite 201
Little Neck, N.Y. 11362
(718) 819-8667  (direct dial)
(718) 570-3338  (cell phone)

Exhibit O