# RESPONSE IN ACCORDANCE WITH DOCKET ENTRY #262

| Attachment Name | Bates No(s). |
|---|---|
| Material Handling Service Agreement - July 16.2007.pdf | RIV000281-327 |
| Monee Fire Department Report 6-23-2017.pdf | RIV000241-259; RIV000346-356 |
| Monee IL Notice Letter 070317(3).pdf | RIV000328 |
| Monee IL Site Visit Agenda August 2 2017.docx | RIV000343-345 |
| Ninth Amendment - March 15, 2016.pdf | RIV000330-332 |
| Notice of Aug. 2. 2017 Monee Site Visit - NWP_Riviana Foods 072417.pdf | Already in GXO's possession but annexed hereto as a courtesy as RIV000509-510 |
| Riviana Claim notice to XPO 06202017.pdf | RIV000328 |
| Seventh Amendment - December 22,2014.pdf | RIV000335-337 |
| XPO Monee Fire Incident Report.pdf | RIV000241-259; RIV000346-356 |
| Pasta Replacement Inventory at CHIDC include Copack.xlsx | Previously Produced via e-mail to Lawrence Friedman on 9/11/2024 but annexed hereto as a courtesy as RIV000511 |
| 170803 Supplement Report 17-027583.pdf | RIV000535-541 |
| 171211 Supplemental Report 17-027583.pdf | RIV000542-554 |
| Monee IL Notice Letter 070317(3).pdf | RIV000328 |

Exhibit P