**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RIVIANA FOODS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GXO WAREHOUSE COMPANY, INC., <br><br> *Defendant/Third-Party Plaintiff* | Cause No. 1:18-cv-06550 <br><br> Judge Martha M. Pacold <br><br> Magistrate Judge Jeannice W. Appenteng |

**SUPPLEMENTAL JOINT STATUS REPORT**
**REGARDING RESOLUTION OF DISCOVERY DISPUTES**

In the joint status report filed by Plaintiff Riviana Foods, Inc. ("Riviana") and Defendant/Third-Party Plaintiff GXO Warehouse Company, Inc. f/k/a Jacobson Warehouse Company, Inc. ("GXO") on March 4, 2025 (ECF 290), the parties addressed two new discovery disputes: (1) Riviana's objection to taking the depositions of more than one of Riviana's 12 "interested subrogated underwriters" ("Underwriters") and (2) Barbuss' and Riviana's objection to producing documents from Barbuss custodians other than Tomas Appleyard. *See* ECF 290 at 4-7. The parties wish to inform the Court that they have had further discussions and that both issues are now resolved. Riviana has agreed to move forward with the depositions of the two Underwriters, and Barbuss and Riviana have agreed to produce documents from other Barbuss custodians. The parties therefore respectfully submit that these two issues do not require the Court's attention at this time. The parties will promptly inform the Court if other discovery issues arise that they are unable to resolve.

| | |
|---|---|
| /s/ Lawrence C. Glynn | /s/ Lawrence C. Friedman |
| Lawrence C. Glynn | Lawrence C. Friedman, IL – 06192019 |
| CARUSO GLYNN, LLC | Allison N. Manger, IL – 6295220 |
| 242-03 Northern Boulevard | THOMPSON COBURN LLP |

33690076

Suite 201
Little Neck, New York 11362
(718) 819-8668
(718) 767-2474 Fax
lglynn@carusoglynn.com

Karl W. Roth
William P. Foley
ROTH LAW GROUP LLC
150 N. Michigan Ave.
Suite 800
Chicago, Illinois 60601
(312) 419-9599
kwr@rothlawgroup.com
wpf@rothlawgroup.com

*Attorneys for Plaintiff Riviana Foods, Inc.*

One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
lfriedman@thompsoncoburn.com
amanger@thompsoncoburn.com

Jeffrey N. Brown – *pro hac vice*
THOMPSON COBURN LLP
10100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90067
(310) 282-9418
(310) 282-2501 Fax
jbrown@thompsoncoburn.com

*Attorneys for Defendant/Third Party Plaintiff*
*GXO Warehouse Company, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025 a true and correct copy of the foregoing was filed and served via the Court's electronic notification system on all parties of record.


*/s/ Lawrence C. Friedman*