# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Riviana Foods, Inc., et al.

      Plaintiff,

v.            Case No.: 1:18−cv−06550

            Honorable Martha M. Pacold

Jacobson Warehouse Inc.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

   MINUTE entry before the Honorable Martha M. Pacold: Oral argument on jurisdictional issues held on 7/9/2025. Plaintiff is given until 8/8/2025 to file an amended complaint. Defendant to answer or otherwise plead to the amended complaint by 9/12/2025. If defendant files a motion to dismiss, the parties should propose a briefing schedule in the joint status report. The parties are directed to file a joint status report by 9/19/2025 proposing next steps. If any party believes a status hearing is necessary or would be helpful, they should notify the court. Defendant's motion for leave to file amended answer and affirmative defenses, [237], and plaintiff's motion for sanctions, [251], are stricken without prejudice for the reasons stated on the record. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.