UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-----------------------------------------------------------x
RIVIANA FOODS, INC.                         Case No.:       1:18-cv-06550 (MMP)
And Interested Subrogated Underwriters,

                               Plaintiff,

     -against-

JACOBSON WAREHOUSE INC.
d/b/a XPO LOGISTICS-SUPPLY CHAIN
as Successor to ARNOLD LOGISTICS, LLC,

                               Defendant.
-----------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW COMES**, Lawrence C. Glynn, counsel for plaintiff Riviana Foods Inc. and for his motion to Withdraw as Counsel of Record, states as follows:

1. Lawrence C. Glynn and the law firm of Caruso Glynn, LLC filed an appearance in this matter on behalf of "Riviana Foods Inc. and Interested Subrogated Underwriters."

2. A fundamental disagreement has now arisen between the undersigned counsel and one or more of said underwriters.

3. The undersigned has been instructed to cease any further representation in this matter.

4. The interested subrogated underwriters will be represented in this matter by the law firms of Fields Howell LLP and Walker Wilcox Matousek LLP, and appearance by one or both of the aforementioned firms will be entered forthwith.

5. Riviana Foods Inc. will appear in this action through new counsel.

6.      It is respectfully requested that any pending deadlines be extended until such time as new counsel has had an opportunity to appear in this action.

WHEREFORE, Lawrence C. Glynn and Caruso Glynn, LLC respectfully requests an order granting leave to withdraw as counsel for Riviana Foods Inc. and its Interested Subrogated Underwriters.

Dated:  Little Neck, New York
        July 26, 2025

                                                Yours, etc.,

                                                **CARUSO GLYNN, LLC**
                                                Attorneys for Plaintiff
                                                *Riviana Foods, Inc.*

                                     By:     /s/ *Lawrence C. Glynn*
                                                Lawrence C. Glynn
                                                242-03 Northern Blvd.
                                                Suite 201
                                                Little Neck, New York 11362
                                                (718) 819-8667
                                                File No.:  42.042418.01

## Certificate of Service

The undersigned, Lawrence C. Glynn, certifies that a copy of this motion was served on Riviana Foods, Inc. and Interested Subrogated Underwriters via e-mail on July 26, 2025 and all parties via ECF.

                                              /s/ *Lawrence C. Glynn*
                                              Lawrence C. Glynn