**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RIVIANA FOODS, INC.,<br>*Plaintiff,*<br>v.<br>GXO WAREHOUSE COMPANY, INC.,<br>*Defendant/Third-Party Plaintiff* | Cause No. 1:18-cv-06550<br>Judge Martha M. Pacold<br>Magistrate Judge Jeannice W. Appenteng |

**JOINT STATUS REPORT REGARDING DISMISSAL**

Plaintiff Riviana Foods, Inc. ("Riviana") and the "interested subrogated underwriters" ("Underwriters") and Defendant/Third-Party Plaintiff GXO Warehouse Company, Inc. f/k/a Jacobson Warehouse Company, Inc. ("GXO") submit this Joint Status Report regarding the status of the filing of dismissal papers in accordance with the direction of this Court in its minute order of January 23, 2026 at Dkt. 354. Per ECF 354, the parties were to file dismissal papers or an updated joint status report by February 20, 2026. *Id.* The parties are submitting this Joint Status Report to respectfully request additional time to file the dismissal papers by March 13, 2026.

Since filing of the last Joint Status Report (ECF 353), a Settlement Agreement and Release (the "Release"), resolving all claims asserted by and between Riviana and Underwriters, GXO, and three third- and fourth-party defendants, was fully executed by all parties as of February 6, 2026. The parties have also agreed upon a form joint stipulation of dismissal with prejudice, which will be filed upon Riviana and Underwriters receipt of all required settlement payments pursuant to the terms of the Release.

The parties respectfully request until March 13, 2026 to either file dismissal papers or further report to the Court about the status of the settlement agreement.

*/s/ Lawrence C. Friedman*________________
Lawrence C. Friedman, IL – 06192019
Allison N. Manger, IL – 6295220
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
lfriedman@thompsoncoburn.com
amanger@thompsoncoburn.com

Jeffrey N. Brown – *pro hac vice*
THOMPSON COBURN LLP
10100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90067
(310) 282-9418
(310) 282-2501 Fax
jbrown@thompsoncoburn.com

*Attorneys for Defendant/Third Party Plaintiff GXO Warehouse Company, Inc.*

*/s/Christopher J. Shannon*______________
Christopher J. Shannon (6323518)
Walker Wilcox Matousek LLP
One North Franklin St., Suite 3200
Chicago, IL 60606
(312) 244-6700
cshannon@walkerwilcox.com

*Attorneys for Plaintiff Riviana Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026 a true and correct copy of the foregoing was filed and served via the Court's electronic notification system on all parties of record.

/s/ Christopher J. Shannon